**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Robert Clauthier, | ) | Case No.  4:03-cr-012 |
| | ) | |
| Defendant. | ) | |

On February 25, 2008, the Government filed a "Motion to Dismiss Petition for Warrant for Offender Under Supervision." See Docket No. 65.  The Government requests that the petition for warrant be dismissed because the defendant, Robert Clauthier, has agreed to a modification of the conditions and terms of his supervision.  See Docket No. 63.

The Court **ORDERS** that the Government's Motion to Dismiss the Petition for Warrant for Offender Under Supervision (Docket No. 65) is **GRANTED**.  The Defendant's supervising probation officer has notified the Court that the Defendant needs to be transported to another residential re-entry center or community correction facility, namely Centre, Inc. in Fargo, North Dakota.  The Court **ORDERS** that the U.S. Marshals transport the Defendant to Centre, Inc. in Fargo, North Dakota no earlier than Wednesday, February 27, 2008.

**IT IS SO ORDERED**.

Dated this 25th day of February, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court